UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VOLFMAN,

                Plaintiff,

-v-

BYTELOGICS INC., *et al.*,

                Defendant.

22-CV-6605 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A Defendant is currently without legal representation in this action. The individual Defendant, if he continues to elect to proceed *pro se* and without counsel, should direct all written communications to the Court through the *Pro Se* Intake Unit at:

> U.S. District Court
> Southern District of New York
> Pro Se Intake Unit
> Thurgood Marshall Courthouse
> 40 Foley Square, Room 105
> New York, New York 10007

The Clerk of the Court is directed to reclassify the case as *pro se* in the Court's ECF file management system.

    SO ORDERED.

Dated: December 22, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

    The Clerk is directed to send a copy of this order to the pro se Defendant.