UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH VOLFMAN,

                Plaintiff,

      -against-

BYTELOGICS, INC., et al.,

                Defendants.

------------------------------------------------------------X

22-CV-06605 (JPO)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/2023

**SARAH NETBURN, United States Magistrate Judge:**

    A joint letter informing the Court about the status of mediation shall be filed with the Court by Wednesday, May 31, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                May 23, 2023