UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH VOLFMAN,

                              **Plaintiff,**                    22-CV-06605 (JPO)(SN)

        -against-                                     **ORDER**

BYTELOGICS, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 7, 2023, the Court held an Initial Pretrial Conference at which *pro se* Defendant Keith Siilats failed to appear and corporate Defendant Bytelogics, Inc., failed to retain counsel. Accordingly, by July 21, 2023, the parties are directed to file a status letter on how to proceed in this matter. In this letter, Plaintiff shall also indicate whether he wants to file a motion for default judgment.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      July 7, 2023
                New York, New York