```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSEPH VOLFMAN,

                                                      Plaintiff,                   22-CV-06605 (JPO)(SN)

                    -against-                                       **ORDER**

BYTELOGICS, INC. and KEITH SIILATS,

                                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's July 7, 2023 Order, ECF No. 27, directed the parties to file a status letter on how to proceed in this matter in light of pro se Defendants' absence at the Initial Pretrial Conference. The order also directed Plaintiff to indicate whether he intends to file a motion for default judgment against one or both of the defendants. At this time, no such filing has been made. Accordingly, the parties are directed to make this filing by no later than August 2, 2023.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN

DATED:   July 26, 2023                        United States Magistrate Judge
               New York, New York