```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSEPH VOLFMAN,

                        Plaintiff,                  22-CV-06605 (JPO)(SN)

         -against-                             **ORDER**

BYTELOGICS, INC., et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       October 2, 2023, was the deadline for the parties to either file a stipulation of dismissal with prejudice or a letter updating the Court on the status of settlement. ECF No. 32. To date, neither document has been filed. Accordingly, a conference is scheduled for October 11, 2023, at 11:00 a.m. to set deadlines for discovery and any motion for default judgment. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      October 3, 2023
                 New York, New York